IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE WEAVER,              )<br>                                         )<br>            Plaintiff,         )<br>                                         )<br>    vs.                             )<br>                                         )<br>CORRECTIONAL OFFICER )<br>TESTA,                            )<br>                                         )<br>            Defendant.      ) | No. C 07-04645 JW (PR)<br><br>JUDGMENT |

Plaintiff, a state prisoner, filed a pro se civil rights complaint pursuant to 42 U.S.C. § 1983.  On December 17, 2007, the Court denied plaintiff's request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(g), and directed plaintiff to pay the full filing fee within thirty days from the date of the order, *i.e.*, no later than January 16, 2007.  Plaintiff was advised that failure to pay the full filing fee in the time provided would result in the dismissal of the action without prejudice.

The deadline has since passed, and plaintiff has not paid the full filing fee.  This case is DISMISSED without prejudice.  Judgment is entered accordingly.

DATED: January 30, 2008

JAMES WARE
United States District Judge

Judgment
P:\PRO-SE\SJ.JW\CR.07\Weaver04645_judgment.wpd